FOURTH DISTRICT.

Louis Moroni, Appellant, v. Charles H. Albers,
Appellee.

opinion filed October 13, 1939; rehearing denied
October 24, 1939; J. E. Carr and D. F. Moore, for appellant; Ferrell &
Hay and Charles E. Feirich, for appellee. Opinion by PRESIDING JUSTICE
STONE. "Not to be published in full."